# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re:                                                    *
                                                          *
**SIN WOONG KWON &**                                      *
**YOUNG JOO KWON,**                                       *          **Case No.  07-12206-RGM**
                                                          *          Chapter 7
                                                          *
Debtors.                                                  *

## TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

DONALD F. KING, TRUSTEE, by counsel, files this motion to extend the time by which he must file a complaint, pursuant to 11 U.S.C. § 727, objecting to the discharge of the Debtors, and states as follows:

1.      This case was commenced by the filing of a voluntary petition on August 17, 2007.

2.      Donald F. King, Trustee ("Trustee") is the duly appointed Chapter 7 trustee in this case.

3.      The Trustee is continuing his investigation into the assets, liabilities, and financial affairs of Debtors.

4.      The current results of the investigation lead the Trustee to believe that there may exist cause to object to the Debtors' discharge, but further time to complete the investigation is necessary prior to commencing such an action.

WHEREFORE, DONALD F. KING, TRUSTEE, by counsel, requests that this Court enter an order extending the time within which the Trustee must file a

**JAMES W. REYNOLDS, ESQUIRE, VSB NO. 33226**
**Counsel for Donald F. King, Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**9302 Lee Highway, Suite 1100**
**Fairfax, Virginia 22031**
**Direct: 703-218-2134**
**Fax:    703-218-2160**
**E-Mail: Jim.Reynolds@ofplaw.com**

complaint objecting to the Debtors' discharge, pursuant to 11 U.S.C. § 727, for an

additional 120 days to March 18, 2008.

**DONALD F. KING, TRUSTEE
BY COUNSEL**

**/s/ James W. Reynolds**
**JAMES W. REYNOLDS, ESQUIRE**
**VSB No. 33226**
**Counsel for Trustee**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**9302 Lee Highway, Suite 1100**
**Fairfax, Virginia  22031**
**Direct: 703-218-2134**
**Fax: 703-218-2160**
**Email: Jim.Reynolds@ofplaw.com**

#861260v1  KWON, Sin/Young Motion Ext Time Obj to Discharge31070/00001

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:                                                  *
                                                        *
**SIN WOONG KWON &**                                    *
**YOUNG JOO KWON,**                                     *          **Case No.  07-12206-RGM**
                                                        *          Chapter 7
          Debtors.                                      *

**ORDER GRANTING TRUSTEE'S**
**MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

THIS MATTER came on upon the motion of the Trustee, Donald F. King,

by counsel, to extend the time by which a complaint must be filed objecting to the

Debtors' discharge, pursuant to 11 U.S.C. § 727, and

IT APPEARING that cause exists for granting the motion, it is therefore

ORDERED that the Trustee's motion is granted, and the time within which

a complaint must be filed objecting to Debtors' discharge, pursuant to 11 U.S.C.

§ 727, is extended for an additional 120 days through and including March 18,

2008.

DATED:_____
          Alexandria, VA


                                        _____
                                        **ROBERT G. MAYER**
                                        **Unites States Bankruptcy Judge**

                                        **Entered on docket: _____**

I ASK FOR THIS:

/s/ James W. Reynolds

**JAMES W. REYNOLDS, ESQUIRE**
**VSB NO. 33226**
**Counsel to Trustee**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**9302 Lee Highway, Suite 1100**
**Fairfax, Virginia 22031**
**Direct: (703) 218-2134**
**Fax: (703) 218-2160**
**Email: jim.reynolds@ofplaw.com**

PARTIES TO RECEIVE COPIES:

Counsel for Trustee — via electronic notice.

Counsel for Debtor — via electronic notice

#861269v1  KWON, Sin/Young ORDER Ext Time Obj to Discharge  31070/00001